UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| THE BOX FACTORY, INC. AND CHJ LEASING, LLC<br>Plaintiff | § § § § § § § § § § § § | |
| VERSUS | | CIVIL ACTION NO: 4:15-CV-861-A |
| VERLAN FIRE INSURANCE COMPANY<br>Defendant | | JURY DEMANDED |

## DEFENDANT VERLAN FIRE INSURANCE COMPANY'S OPPOSED MOTION TO STRIKE TOM IRMITER AND BRIAN JOHNSON AS EXPERT WITNESSES

COMES NOW, Defendant Verlan Fire Insurance Company ("Verlan"), through undersigned counsel, and pursuant to Rule 702 of the Federal Rules of Evidence, moves this Court for an Order excluding the expected expert testimony of Tom Irmiter and Brian Johnson with Forensic Building Science, Inc. ("FBS") on the basis that their opinions fall short of the basic threshold of admissibility as set forth in further detail in the attached memorandum in support.

WHEREFORE, PREMISES CONSIDERED, Verlan respectfully requests that this Court grant its Opposed Motion to Exclude Tom Irmiter and Brian Johnson as expert witnesses.

Respectfully submitted,

By: _____
Peri H. Alkas; Texas Bar No. 00783536
Federal Bar No. 15785
ATTORNEY-IN-CHARGE
PHELPS DUNBAR, LLP
500 Dallas, Suite 1300
Houston, Texas 77002
Telephone (713) 626-1386
Facsimile (713) 626-1388
Email: peri.alkas@phelps.com

**ATTORNEY-IN-CHARGE FOR DEFENDANT,
VERLAN FIRE INSURANCE COMPANY**

Paige C. Jones Texas Bar No. 24054609
PHELPS DUNBAR, LLP
115 Grand Avenue, Suite 222
Southlake, Texas 76092
(817) 488-3134
(817) 488-3214 Fax
Email: paige.jones@phelps.com

**LOCAL COUNSEL FOR DEFENDANT**

OF COUNSEL:
PHELPS DUNBAR LLP
Mark C. Dodart: TBN: 00792286
*Admitted Pro Hac Vice*
Tessa P. Vorhaben; La SBN: 32193
*Admitted*
365 Canal Street, Suite 2000
New Orleans, La 70130
Telephone (504) 566-1311
Facsimile (504) 568-9130
Mark.Dodart@phelps.com
Tessa.Vorhaben@phelps.com

## CERTIFICATE OF CONFERENCE

Counsel for Defendant, Verlan Fire Insurance Company, conferred with representative for Plaintiff's counsel on November 29, 2016, and he is opposed to this motion.

_____
Peri H. Alkas

## CERTIFICATE OF SERVICE

The foregoing notice will be served upon counsel via the Court's ECF notification system on the date of entry on the Court's docket, as well as e-mail on November 30, 2016.

| | |
|---|---|
| Jeffrey L. Raizner<br>Andrew P. Slania<br>Amy B. Hargis<br>RAIZNER SLANIA, LLP<br>2402 Dunlavy St.<br>Houston, TX  77006<br>~and~ | efile@raiznerlaw.com<br>jraizner@raiznerlaw.com<br>aslania@raiznerlaw.com<br>ahargis@raiznerlaw.com |
| William D. Taylor<br>TAYLOR & TAYLOR LAW<br>4115 Highgrove Dr.<br>Arlington, TX  76001 | wtaylor@taylorandtaylorlaw.com |

_____
Peri H. Alkas

3

PD.20424646.1