IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| THE BOX FACTORY, INC., ET AL., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | NO. 4:15-CV-861-A |
| | § | |
| VERLAN FIRE INSURANCE COMPANY, | § | |
| | § | |
| Defendant. | § | |

ORDER

Came on for consideration the motion of defendant, Verlan Fire Insurance Company, to strike Tom Irmiter and Brian Johnson as expert witnesses. The court, having considered the motion, the response of plaintiffs, The Box Factory, Inc., and CHJ Leasing, LLC, the record, and applicable authorities, finds that the motion should be denied. It appears that plaintiffs' experts are qualified to testify and that the matters about which defendant complains would more appropriately be the subject of cross-examination.

The court ORDERS that defendant's motion to strike experts be, and is hereby, denied.

SIGNED December 21, 2016.

_____
JOHN McBRYDE
United States District Judge