IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| THE BOX FACTORY, INC., ET AL., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | NO. 4:15-CV-861-A |
| | § | |
| VERLAN FIRE INSURANCE COMPANY, | § | |
| | § | |
| Defendant. | § | |

FINAL JUDGMENT

In accordance with the court's order of even date herewith,

The court ORDERS, ADJUDGES, and DECREES that the claims of plaintiffs, The Box Factory, Inc., and CHJ Leasing, against defendant, Verlan Fire Insurance Company, be, and are hereby, dismissed with prejudice.

The court further ORDERS, ADJUDGES, and DECREES that each party bear the costs incurred by that party.

SIGNED January 23, 2017.

/s/ JOHN McBRYDE
United States District Judge